**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: B.P.B., A MINOR | : | No. 82 WAL 2024 |
| | : | |
| | : | |
| PETITION OF: P.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE:  B.J.B., A MINOR | : | No. 83 WAL 2024 |
| | : | |
| | : | |
| PETITION OF: P.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: B.P.B., A MINOR | : | No. 84 WAL 2024 |
| | : | |
| | : | |
| PETITION OF: P.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: B.D.B., A MINOR | : | No. 85 WAL 2024 |
| | : | |
| | : | |
| PETITION OF: P.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.